# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR DEMYDOV,<br>    Plaintiff,<br><br>        v.<br><br>BMW OF NORTH AMERICA,<br>LLC,<br>    Defendant. | CV 19-2130 DSF (MRWx)<br><br>Order to Show Cause re<br>Remand for Lack of Subject<br>Matter Jurisdiction |

    Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the Court is not satisfied that the amount in controversy is met. The notice of removal only states "the statutory attorney fees which Plaintiff seeks would alone satisfy the $75,000 threshold." Notice of Removal ¶ 9. This case involves breach of warranty relating to a less than one-year-old lease of a BMW X5M. It is not apparent that damages, including attorney's fees, would exceed $75,000 in this case.

    Therefore, Defendant is ordered to demonstrate that the amount in controversy in this case is likely to exceed $75,000. Defendant's response must be filed no later than April 16, 2019.

    IT IS SO ORDERED.

Date: April 2, 2019

                                                              Dale S. Fischer<br>
                                                              United States District Judge